IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SCOTT A. BOLES,<br><br>    Plaintiff,<br><br>vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>    Defendant. | 4:11CV3031<br><br>**MEMORANDUM AND ORDER** |

After conferring with counsel for the parties on May 29, 2012,

IT IS ORDERED:

1) The plaintiff shall serve his additional discovery requests on or before June 15, 2012.

2) Any motion to compel responses to the plaintiff's discovery requests shall be served on or before July 31, 2012.

3) The clerk shall set a case management deadline of August 1, 2012 for determining if this case is ready for entry of a final briefing schedule.

 Dated this 4th day of June, 2012.

              BY THE COURT:

              *s/ Cheryl R. Zwart*
              United States Magistrate Judge