IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SCOTT A. BOLES,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>　　　　　Defendant. | 4:11CV3031<br><br>**MEMORANDUM AND ORDER** |

After conferring with counsel for the parties on July 27, 2012,

　IT IS ORDERED:

1) Any motion to compel responses to the plaintiff's discovery requests shall be served on or before October 1, 2012.

2) The clerk shall set a case management deadline of October 5, 2012 for determining if this case is ready for entry of a final briefing schedule.

Dated this 27th day of July, 2012.

　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　United States Magistrate Judge